IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**DONALD WAINSCOTT and RENA WAINSCOTT,**

Plaintiffs,

v.

**ASPEN PRODUCE, LLC,**

Defendant.

---

### COMPLAINT AND JURY DEMAND

---

Plaintiffs Donald Wainscott and Rena Wainscott, by and through their attorneys, PURVIS • GRAY, LLP, for their Complaint herein allege the following:

### JURISDICTIONAL ALLEGATIONS

1. This is an action to recover damages arising from severe personal injuries sustained as a result of a head-on collision between a vehicle driven by Plaintiff Donald Wainscott and a semi-trailer truck which crossed over the center line of the roadway and into the Wainscott vehicle which was proceeding in the opposite direction.

2. Plaintiffs Donald Wainscott and Rena Wainscott are husband and wife and residents of the state of Arizona.

3. Defendant Aspen Produce, LLC is a limited liability company organized and existing under the laws of the state of Colorado and has its principal place of business in the state of Colorado. All members of the LLC are residents of the state of Colorado.

4.     The amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

5.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

6.     Venue is proper in this Court pursuant to 28 U.S.C. §1391(a).

## FIRST CLAIM FOR RELIEF
### (Negligent Hiring and Utilization of Independent Contractor)

7.     The preceding allegations of this Complaint are incorporated herein by this reference as if again set forth verbatim.

8.     On June 17, 2010, at approximately 10:00 a.m., in the southwestern part of Colorado, near Alamosa, Plaintiff Donald Wainscott was in a head-on collision which occurred when the driver of a tractor trailer truck, carrying a full load, fell asleep and the truck crossed over the center line of the highway and collided with the vehicle operated by Donald Wainscott.

9.     The truck was owned by Larry Calvin Wright d/b/a Larry Wright Trucking (hereinafter "Wright"). At that time of the collision here at issue, the truck was being operated by Wendell Gaskin.

10.     At the time of the collision, the Wright semi-trailer truck was carrying potatoes obtained from and loaded at the premises of Defendant Aspen Produce, LLC in Center, Colorado.

11.     During the loading process at Defendant Aspen Produce, LLC on June 17, 2010, Wendell Gaskin had conversations and interactions with one or more employees of Defendant Aspen Produce, LLC who were acting within the course and scope of employment. During the course of those conversations and interactions, at least two employees of Defendant Aspen Produce, LLC were informed and became aware that Wendell Gaskin had not slept at all the previous night, that "he was

like not all there", and that "he didn't' really know what he was doing".

12. Furthermore, on June 17, 2010, Wendell Gaskin did not have a valid driver's license required to operate the commercial vehicle he was driving.

13. Defendant Aspen Produce, LLC made no inquiry or determination as to whether Wendell Gaskin was properly licensed to drive a commercial vehicle, and Defendant Aspen Produce, LLC had no practice or procedure for doing so.

14. The agents and employees of Defendant Aspen Produce, LLC chose to utilize Wendell Gaskin to proceed with transport of the potatoes obtained from Defendant Aspen Produce, LLC and chose to permit and allow Wendell Gaskin to drive the semi-trailer truck carrying that load on the public highways of the state of Colorado.

15. Those acts and omissions of employees of Defendant Aspen Produce, LLC constituted negligent hiring and utilization of an unfit independent contractor.

16. The negligence of those employees is imputed to Defendant Aspen Produce, LLC under the doctrine of *respondeat superior*.

17. That negligence directly and proximately caused injuries, damages, and losses to Defendant Donald Wainscott including, without limitation, the following:

     (a) head and brain injuries with bilateral subdural hemorrhage;

     (b) unstable fracture of the C2 vertebrae and fracture of the C6 vertebrae;

     (c) chest trauma with fracture of the sternum;

     (d) bilateral rib fractures and flail chest involving 3rd through 11th left side rib fractures, many being segmental;

     (e) right side fractures of the 1st and 3rd ribs;

(f)     mediastinal hematoma;

(g)     pneumothorax with right-side pleural effusion;

(h)     respiratory failure;

(I)     fracture of the right forearm;

(j)     anemia secondary to acute blood loss;

(k)     extensive hospitalization, treatment, and therapy;

(l)     medical, treatment, and related billings in excess of $1,000,000;

(m)     physical and mental pain and suffering and emotional distress, past and future;

(n)     loss of life enjoyment and impairment of quality of life, past and future; and

(o)     physical impairment, past and future.

### SECOND CLAIM FOR RELIEF
**(Loss of Consortium)**

18.     The preceding allegations of this Complaint are incorporated herein by this reference as if again set forth verbatim.

19.     As a direct and proximate result of the negligence of Defendant Aspen Produce, LLC and the resulting injuries to her spouse, Plaintiff Donald Wainscott, Plaintiff Rena Wainscott has incurred loss of rights of consortium, including Donald Wainscott's aid, comfort, society, affection, and household services, all past and future.

WHEREFORE, Plaintiffs pray for judgment against the Defendant in amounts to be determined by a jury for compensatory damages sufficient to compensate them for their injuries, damages, and losses, for interest from the date of the injuries to Plaintiff Donald Wainscott, for costs,

expert witness fees, and such other and further relief as the Court deems appropriate.

## JURY DEMAND

PLAINTIFFS DEMAND TRIAL TO A JURY OF SIX

ON ALL ISSUES SO TRIABLE.


s/ John A. Purvis
John A. Purvis
PURVIS • GRAY, LLP
4410 Arapahoe Avenue, Suite 200
Boulder, CO  80303
Telephone:  (303) 442-3366
Fax:  (303) 440-3688
E-mail:  jpurvis@purvisgray.net
ATTORNEYS FOR PLAINTIFFS

Address of Plaintiffs:
7162 Placita Sin Codicia
Tucson, AZ  85718