IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01166-CMA

JEFFREY L. WAINSCOTT, Personal Representative of the Estate of Donald L. Wainscott, and RENA WAINSCOTT,

        Plaintiffs,

vs.

ASPEN PRODUCE, LLC.

        Defendant.

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, above named, by and through their attorneys, and Defendant, above named, by and through its attorneys, hereby stipulate and move this Honorable Court to enter its Order of Dismissal WITH PREJUDICE, and as grounds therefore, show unto the Court as follows:

1) That the claim of Rena Wainscott has been compromised and settled to the satisfaction of all parties and there remain no issues to be litigated.

2) That the parties have agreed to dismiss the claim of the Estate of Donald L. Wainscott with prejudice.

3) That the above-captioned civil action, and the remaining claim of Rena Wainscott, may be dismissed WITH PREJUDICE with each party to bear their own costs and attorney fees.

WHEREFORE, the parties respectfully pray that this Court enter its Order as set forth in the within Motion.

<div style="display: flex;">

PURVIS GRAY, LLP

*[signature]*

John A. Purvis, #925
4410 Arapahoe Ave., Suite 200
Boulder, CO 80303
(303) 442-336

NATHAN, BREMER, DUMM & MYERS, P.C.

*[signature]*

Ellis J. Mayer, #12408
Attorneys for Defendant
7900 E. Union Ave., Suite 600
Denver, CO 80237
(303) 691-3737

</div>

2

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 8th day of April, 2013, I electronically filed the foregoing **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John A. Purvis, Esq.
Purvis Gray, LLP
4410 Arapahoe Ave., Suite 200
Boulder, CO 80303
jpurvis@purvisgray.net

*s/ Ellis J. Mayer*
Ellis J. Mayer
NATHAN, BREMER, DUMM & MYERS, P.C.
7900 East Union Avenue, Suite 600
Denver, CO 80237-2776
Phone Number: (303) 691-3737
Email: emayer@nbdmlaw.com
Attorneys for Defendant