**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01166-CMA-MJW

JEFFREY L. WAINSCOTT, Personal Representative of
   the Estate of Donald L. Wainscott, and
RENA WAINSCOTT,

      Plaintiffs,

v.

ASPEN PRODUCE, LLC,

      Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

      This matter coming before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Doc. # 23), and the Court being fully advised in the premises, it is hereby

      ORDERED that the Motion (Doc. # 23) is GRANTED, and the above-captioned matter is DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorney fees.

      DATED:  April __09__, 2013

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge